UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LAVELLE MALONE,<br><br>        Plaintiff,<br>  v.<br><br>CORA BALL,<br><br>        Defendant. | )<br>)<br>)<br>)   No. 1:07-cv-101-SEB-DML<br>)<br>)<br>)<br>) |

**Entry Discussing Defendant's Renewed Motion
for Summary Judgment as to Affirmative Defense of
Failure to Exhaust Available Administrative Remedies**

The defendant's pending motion for summary judgment renews her claim that the action is subject to dismissal based on the plaintiff's failure to exhaust available administrative remedies prior to filing the action. This is a requirement of a portion of the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). This particular argument, however, was previously rejected at the summary judgment stage and thereafter also rejected following proceedings pursuant to *Pavey v. Conley*, 528 F.3d 494 (7th Cir. 2008).

The defendant offers no factual or legal basis on which to revisit the question of exhaustion. Renewal of the argument in the present motion for summary judgment is not required to preserve the question for possible later resolution at trial or on appeal. **That portion** of the defendant's motion for summary judgment (dkt 102) is therefore **denied**.

**IT IS SO ORDERED.**

Date: 09/03/2010

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas J. Grau
tgrau@drewrysimmons.com

Matthew James Schafer
mschafer@drewrysimmons.com

Lavelle Malone
DOC #984073
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.